**Chad E. KAKERT, Plaintiff–Appellant,**

v.

**DARDEN RESTAURANTS, INCORPORATED, Defendant–Appellee.**

**No. 03–1691.**

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 15, 2003.

Chad E. Kakert, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Chad E. Kakert appeals the district court's order dismissing his civil action against Darden Restaurants for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kakert v. Darden Restaurants, Inc.,* No. CA–03–297–7 (W.D.Va. May 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*